IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CODING TECHNOLOGIES, LLC,**<br><br>       **Plaintiff,**<br>v.<br><br>**HUNTSMAN CORPORATION,**<br><br>       **Defendants.** | Civil Action No.  4:17-cv-02633<br><br>JURY TRIAL DEMANDED |

**DEFENDANT HUNTSMAN CORPORATION'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Huntsman Corporation ("Huntsman"), through its undersigned counsel, hereby files this Unopposed Motion for Extension of Time to Respond to Plaintiff's Original Complaint.  In support of its motion, Huntsman's would respectfully show the Court as follows:

1. Huntsman was served with Plaintiff Coding Technologies, LLC's Original Complaint and Summons on September 20, 2017. Pursuant to Fed. R. Civ. P. 12(a)(1), Huntsman's response to the Original Complaint is currently due on October 11, 2017.

2. To effectively respond to Plaintiff's Complaint, Huntsman respectfully requests that the Court extend the time to respond by thirty (30) days from October 11, 2017 to November 10, 2017.

3. Plaintiff does not oppose the extension of time requested herein.

4. No other enlargements of time have been previously requested in this case.

5. No dates have been set for a pre-trial conference or trial.

IN WITNESS WHEREOF, Huntsman respectfully moves that the Court extend the time for responding to Plaintiff's Original Complaint to November 10, 2017.

Dated: September 21, 2017

Respectfully submitted,

By: /s/ Neil J. McNabnay
Neil J. McNabnay
njm@fr.com
Texas Bar No. 24002583
Ricardo J. Bonilla
rbonilla@fr.com
Texas Bar No. 24082704

FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**ATTORNEYS FOR DEFENDANT HUNTSMAN CORPORATION**

**CERTIFICATE OF CONFERENCE**

On September 19, 2017, counsel for Huntsman conferred with counsel for Plaintiff by email, and counsel for Plaintiff indicated that Plaintiff agrees to the relief sought herein. The motion is unopposed.

*/s/ Neil J. McNabnay*
Neil J. McNabnay

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 21, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Neil J. McNabnay*
Neil J. McNabnay