IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CODING TECHNOLOGIES, LLC, <br><br> Plaintiff, <br> v. <br><br> HUNTSMAN CORPORATION, <br><br> Defendants. | Civil Action No. 4:17-cv-02633 <br><br> JURY TRIAL DEMANDED |

### [PROPOSED] ORDER

Upon consideration of Defendant Huntsman Corporation's Unopposed Motion for Extension of Time to Respond to Complaint, it is hereby ORDERED that the motion is GRANTED. Huntsman Corporation's Response to Plaintiff's Complaint is due November 10, 2017.

Dated this_____ day of _____, 2017.

_____
Alfred H. Bennett
United States District Judge