# AFFIDAVIT FROM AUTHORIZED PROCESS SERVER

THE STATE OF TEXAS:                         CIVIL ACTION NO.: 4:17-cv-02633
COURT: UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

Style:    CODING TECHNOLOGIES LLC
           VS
           HUNTSMAN CORPORATION

Came to Hand:    SEPTEMBER 17, 2017 @ 1:30 PM

Date and Time Delivered:    SEPTEMBER 18, 2017
11:20 AM
10003 WOODLOCH FOREST DRIVE, THE WOODLANDS, TEXAS, 77380

Document(s) Delivered:    1- SUMMONS IN A CIVIL ACTION;
1- PLAINTIFF'S ORIGINAL COMPLAINT ON:
      HUNTSMAN CORPORATION – BY DELIVERING TO KATHLEEN WEHR,
      LEGAL DEPARTMENT

Before me the undersigned authority, on this day personally appeared DESTINY JOHNSON, known to me to be the person whose name is subscribed hereto and under oath stated:

"My name is DESTINY JOHNSON. I personally delivered document(s) to HUNTSMAN CORPORATION – BY DELIVERING TO KATHLEEN WEHR, LEGAL DEPARTMENT. I am over the age of twenty-one years and of sound mind. I am not a party to or interested in the outcome of this cause, and I am authorized by the Texas Supreme Court to serve citations, petitions and civil process for the courts of Texas. I have personal knowledge of every statement herein made, and I am fully competent to testify as to matters stated herein.

Every statement in this affidavit is true and correct".

Signed this __18__ day of SEPTEMBER 2017.

_____
DESTINY JOHNSON SCH#9328
Authorized Process Server
EXPIRES 1/31/18

SUBSCRIBED AND SWORN TO BEFORE ME on this __18__ day of SEPTEMBER 2017.

_____
Notary Public, State of Texas

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Coding Technologies LLC <br><br> *Plaintiff(s)* <br> v. <br> HUNTSMAN CORPORATION <br><br> *Defendant(s)* | Civil Action No. 4:17-cv-02633 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Huntsman Corporation
10003 Woodlch Forest Dr.
The Woodlands, TX 77380

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jay Johnson
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT   DAVID J. BRADLEY

Date: SEP 0 6 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:17-cv-02633

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Huntsman Corporation__
was received by me on *(date)* __9/17/17__ .

☒ I personally served the summons on the individual at *(place)* __10003 Woodloch Forest Drive, The Woodlands, Texas, 77380__ on *(date)* __9/18/17__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Kathleen Wehr__, who is designated by law to accept service of process on behalf of *(name of organization)* __Huntsman Corporation__ on *(date)* __9/18/17__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/18/17__

Server's signature __ScH 9328 exp 1/31/18__

Printed name and title: __Destiny Johnson   Authorized Process Server__

Server's address: __4321 Kingwood Drive, #127, Kingwood, Texas, 77339__

Additional information regarding attempted service, etc: